# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JOSEPH DZIENNIK,**

        Plaintiff,

     V.                      CASE NUMBER: **06-C-363**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration is AFFIRMED.**

**Joseph Dziennik's request to remand because the Appeals Council should have reviewed the Administrative Law Judge's decision on the basis of evidence that Joseph Dziennik only submitted to the Appeals Council is without merit.**

**This case is hereby DISMISSED.**

      March 30, 2007                                       JON W. SANFILIPPO
Date                                                             Clerk

                                                             s/ Linda M. Zik
                                                             (By) Deputy Clerk